# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:23-M -01257(1) |
| | § |
| (1) Luis Fernando Mendoza-Rodriguez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 11, 2023** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**.

I further state that I am a(n) _ and that this complaint is based on the following facts: *"On April 11, 2023, Border Patrol Agents performed an immigration vehicle stop on a 2006 Saturn Ion driven by the defendant Luis Mendoza-Rodriguez near Asherton, TX. After Agents activated their emergency equipment, the defendant failed to yield to the Agents and accelerated rapidly to approximately 90mph. After a 4.5 mile pursuit, the defendant and several other individuals were observed fleeing from the vehicle*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ JESTER, MICHAEL
Signature of Complainant
JESTER, MICHAEL

04/14/2023     at    DEL RIO, Texas
File Date                                         City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE         Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.   Case Number: DR:23-M -01257(1)

(1) Luis Fernando Mendoza-Rodriguez

**Continuation of Statement of Facts:**

however, the vehicle was still in motion and was heading into traffic. Agents were able to stop the vehicle and were able to locate the defendant hiding in the brush nearby. The defendant provided a sworn statement indicating he was hired and was going to be paid by an unknown person to pick up fifteen people. He stated once he arrived at the pick up location only three people got in the car and indicated he knew the people he had picked up were illegally present in the United States."

_____
Signature of Judicial Officer

/s/ JESTER, MICHAEL
_____
Signature of Complainant