# United States District Courts
## WESTERN DISTRICT OF TEXAS

United States of America                                  **WARRANT FOR ARREST**

v.

(1) Luis Fernando Mendoza-Rodriguez        Case Number: DR:23-M -01257(1)

**To: The United States Marshal**
     **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest       (1) Luis Fernando Mendoza-Rodriguez
                                                                                   Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description)

*On April 11, 2023, Border Patrol Agents performed an immigration vehicle stop on a 2006 Saturn Ion driven by the defendant Luis Mendoza-Rodriguez near Asherton, TX. After Agents activated their emergency equipment, the defendant failed to yield to the Agents and accelerated rapidly to approximately 90mph. After a 4.5 mile pursuit, the defendant and several other individuals were observed fleeing from the vehicle however, the vehicle was still in motion and was heading into traffic. Agents were able to stop the vehicle and were able to locate the defendant hiding in the brush nearby. The defendant provided a sworn statement indicating he was hired and was going to be paid by an unknown person to pick up fifteen people. He stated once he arrived at the pick up location only three people got in the car and indicated he knew the people he had picked up were illegally present in the United States.*

in violation of Title   **8**   United States Code, Section(s)   **1324(a)(1)(A)(v)(I)**

COLLIS WHITE                                         UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                                   Title of Issuing Officer

*/s/ Collis White*

                                                                     April, 14, 2023 DEL RIO, Texas
Signature of Issuing Officer                                 Date and Location

Bail Fixed at $ _____ by _____
                                                                   Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. | | |
| Date Received<br>April 14, 2023 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest<br>April 11, 2023 | JESTER, MICHAEL<br>Border Patrol Agent | /s/ JESTER, MICHAEL |