# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | Case Number: DR:23-M -01257(1) |
| (1) Luis Fernando Mendoza-Rodriguez<br>*Defendant* | § § | |

## ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Luis Fernando Mendoza-Rodriguez, a hearing was set for May 1, 2023.

Gregory Torres was appointed to represent the defendant. On April 27, 2023, the attorney for the defendant filed a Waiver of Preliminary and Detention Hearing signed by the attorney, and the defendant waiving the hearings and the right to contest the Government's motion,

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED this 27th day of April, 2023.

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE